IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFONSO ALFARO,

    Petitioner,           No. CIV S-03-1288 GEB KJM P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA, et al.,

    Respondent.           <u>ORDER</u>

/

       Petitioner has requested an extension of time to file and serve objections to the August 30, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Petitioner's September 25, 2006 request for an extension of time is granted; and

       2. Petitioner is granted thirty days from the date of this order in which to file and serve objections to the August 30, 2006 findings and recommendations.

DATED: September 28, 2006.

                                      UNITED STATES MAGISTRATE JUDGE

/mp alfa1288.111