IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFONSO ALFARO,

        Petitioner,                    2:03-cv-1288-GEB-KJM-P

        vs.

PEOPLE OF THE STATE OF CALIFORNIA,

        Respondent.                ORDER

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's November 15, 2006 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1

1  For the reasons set forth in the magistrate judge's August 30, 2006 findings and
2  recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3  right.  Accordingly, a certificate of appealability should not issue in this action.
4  Petitioner has filed an application to proceed in forma pauperis on appeal and a
5  request for a CJA 23 form, which is a financial affidavit.  These requests are denied without
6  prejudice to their renewal in the Court of Appeal.
7  Petitioner has also requested a CJA 24 form, a request for designation of
8  transcripts.  There were no hearings held in this case, so there is nothing to be transcribed.  This
9  request is denied.
10  IT IS SO ORDERED.
11  Dated:  December 11, 2006

GARLAND E. BURRELL, JR.
United States District Judge